# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN & FESLER, INC., <br><br> Defendant. | Case No. 11-cv-03671 NC <br><br> **ORDER GRANTING STIPULATION** <br><br> Re: Dkt. No. 8 |

The parties submitted a stipulation to the Court on October 20, 2011 requesting that the Court set aside the default judgment entered against Defendant Brown & Fesler and that the Court continue the initial case management conference, which is currently scheduled for November 2, 2011, to December 7, 2011 at 10:00 a.m. Dkt. No. 8. The stipulation is GRANTED.

IT IS SO ORDERED.

DATED: October 21, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-03671 NC
ORDER GRANTING STIPULATION