BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD, P.C.
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
          pdavis@unioncounsel.net
          ecarder@unioncounsel.net
Attorneys for Plaintiffs

RICHARD N. HILL, Bar No. 083629
JOHN CHARLES POST, Bar No. 233236
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108-2693
Telephone 415.433.1940
Fax 415.399.8490
Email: rhill@littler.com
        jpost@littler.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN & FESLER, INC., a California Corporation,<br><br>Defendant. | No. C 11-3671 NC<br><br>**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |

1

Stipulated Request to Continue Case Management Conference; [Proposed] Order
Case No. 11-3671 NC

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully request that the Initial Case Management Conference scheduled for December 7, 2011, at 10:00 a.m. and related deadlines be continued for forty-five (45) days, or such date as determined by the Court, to allow the Parties additional time to continue their discussions regarding a possible resolution of this action without the necessity of further litigation, time and expense.

Plaintiffs and Defendant have been engaged in informal discussions and are requesting a continuance of the Case Management Conference and related deadlines to allow the Parties additional time for Plaintiffs to evaluate Defendant's settlement proposal. In addition, the Parties are in the process of scheduling a settlement meeting to take place in the next several weeks. The Parties have not requested a prior continuance of the Case Management Conference and related deadlines.

The Parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the action. The continuance of the Case Management Conference would promote judicial efficiency as the Parties are hopeful that the matter will be resolved at the upcoming settlement meeting.

Dated: November 30, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Ezekiel Carder
EZEKIEL D. CARDER
Attorneys for Plaintiff

Dated: November 30, 2011

LITTLER MENDELSON

By: /s/ John Post
RICHARD N. HILL
JOHN C. POST
Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

Stipulated Request to Continue Case Management Conference; [Proposed] Order
Case No. 11-3671 NC

[PROPOSED] ORDER

Based upon the foregoing Stipulated Request to Continue Case Management Conference and Related Deadlines, the Court orders the continuance of the Initial Case Management Conference and related deadlines for forty-five (45) days.

Accordingly, the Case Management Conference will be held on February 1, 2012, at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: 12-1-2011

HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

126261/646379

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

Stipulated Request to Continue Case Management Conference; [Proposed] Order
Case No. 11-3671 NC