1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6           pdavis@unioncounsel.net
            ecarder@unioncounsel.net
7
   Attorneys for Plaintiffs
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; , | No. C 11-03671 NC |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| BROWN & FESLER, INC., a California Corporation, | |
| Defendant. | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 11-03671 NC

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendant stipulate to voluntarily dismiss the above-captioned action without prejudice.  The parties have agreed upon a resolution of this matter and Defendant is currently making the required payments to Plaintiffs.  Additionally, pursuant to the terms of the written settlement agreement, the parties respectfully request that the Court maintain jurisdiction over this case for twenty-four (24) months from March 1, 2012 to interpret and enforce the settlement agreement.

A Case Management Conference has been scheduled for March 14, 2012 at 2:00 p.m.  With this Stipulation for Dismissal, the parties also request that said Case Management Conference be vacated.

Dated:  March 6, 2012                    WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          */s/ Ezekiel Carder*
                                     By:  EZEKIEL D. CARDER
                                          Attorneys for Plaintiffs


Dated:  March 6, 2012                    LITTLER MENDELSON, P.C.


                                          */s/ John Post*
                                     By:  RICHARD N. HILL
                                          JOHN C. POST
                                          Attorneys for Defendant

1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 11-03671 NC

# [PROPOSED] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Stipulation without prejudice. The Court shall maintain jurisdiction over this case until February 28, 2014. The Case Management Conference set for March 14, 2012 is hereby vacated.

Dated: March 7, 2012

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

126261/658415

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 11-03671 NC